# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN TODD WALKER, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| v. | : | |
| | : | |
| MORGAN STANLEY SMITH BARNEY LLC, | : | |
|     Defendant. | : | No. 10-02378 |

## ORDER

AND NOW, this 27th day of April, 2011, upon consideration of Defendant Morgan Stanley Smith Barney LLC's Motion to Compel Arbitration (ECF No. 12), and all documents submitted in support thereof and in opposition thereto, it is hereby ORDERED as follows:

1. Count IV of Plaintiff's Complaint is DISMISSED as moot.
2. Defendant's Motion to Compel Arbitration (ECF No. 12) is GRANTED.
3. The parties are directed to arbitrate Plaintiff's claims before the Financial Industry Regulatory Authority in accordance with the parties' arbitration agreement.
4. The above-captioned action is DISMISSED without prejudice and the Clerk of Court shall close this case statistically.

                                                BY THE COURT:

                                                s/J. Curtis Joyner
                                                J. CURTIS JOYNER, J.